Dennis WELLS, Petitioner,

v.

**DISTRICT OF COLUMBIA DEPARTMENT OF EMPLOYMENT SERVICES, et al., Respondents.**

No. 83–801.

District of Columbia Court of Appeals.

March 13, 1984.

___

Before FERREN, PRYOR and TERRY, Associate Judges, in chambers.

## ORDER

PER CURIAM.

On consideration on the motion of respondents to dismiss and the opposition of petitioner thereto, it is

ORDERED that the motion is denied. A motion to dismiss is not the proper proce-

dural mechanism by which to seek affirmance on the merits. The appropriate motion to file in such a case is a motion for summary affirmance. Such a motion, however, must meet the strict requirements set forth in *United States v. Allen,* 133 U.S. App.D.C. 84, 85, 408 F.2d 1287, 1288 (1969), adopted by this court in *In re DeJ.,* 310 A.2d 834 (D.C.1973), and *Oliver T. Carr Management, Inc. v. National Delicatessen, Inc.,* 397 A.2d 914 (D.C.1979).